The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS BRYAN HEALER,<br><br>Defendant,<br><br>and,<br><br>BARB ALLEN "BUD" HEALER,<br><br>and,<br><br>MAUREEN HEALER,<br><br>Claimants. | NO. CR21-174-JCC<br><br>**STIPULATION AND ORDER SETTLING THIRD-PARTY CLAIMS TO PROPERTY**<br><br>NOTE ON MOTION CALENDAR:<br>April 15, 2025 |

The United States, by and through its undersigned counsel, and Third-Party Claimants Barb Allen "Bub" and Maureen Healer, through counsel Carl P. Colbert (the "Healer Claimants"), present the following Stipulation and proposed Order to settle the interest the Healer Claimants have asserted in the following property, which has been forfeited by Defendant Douglas Bryan Healer in this case (the "Subject Property"):

//

Stipulation and Order Settling Third-Party Claims - 1
*United States v. Healer,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1.   One Windham Weaponry WW-15 .223/5.56 caliber rifle, bearing serial number WW147132, and all associated accessories and ammunition; and

2.   One Masterpiece Arms 9mm handgun with fake suppressor, bearing serial number F11388, and all associated accessories and ammunition.

## I.   RELEVANT PROCEDURAL FACTS

On April 14, 2023, Defendant Douglas Bryan Healer entered a plea of guilty to Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846, as charged in Count 1 of the Superseding Information, and to Carrying and Brandishing of a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(ii), as charged in Count 2. Dkt. Nos. 529, 536. In his Plea Agreement, Defendant Healer agreed to forfeit his interest in the Subject Property pursuant to 21 U.S.C. § 853 as property constituting or traceable to proceeds of, or property facilitating, the offense charged in Count 1. Dkt. No. 536, ¶¶ 9, 14. Defendant Douglas Bryan Healer also agreed to forfeit his interest in the Windham Weaponry WW-15 .223/5.56 caliber rifle, and all associated ammunition, pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), as property involved in the offense charged in Count 2. *Id.*

Prior to Defendant Douglas Bryan Healer's sentencing, the Court entered a Preliminary Order of Forfeiture, forfeiting his interest in the Subject Property. Dkt. No. 560. Thereafter, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure (Fed. R. Crim. P.) 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture and its intent to dispose of the Subject Property in accordance with governing law. Dkt. No 581. That notice informed any third parties claiming an interest in the assets they were required to file a petition with the Court within 60 days of the notice's first publication on June 3, 2023. *Id.*

//

//

Stipulation and Order Settling Third-Party Claims - 2
*United States v. Healer,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice and a copy of the Preliminary Order to four potential claimants identified in the underlying investigative material, including the Healer Claimants. As provided by 21 U.SC. §853(n)(2), this notice advised that it the recipient wanted to asset an interest in any of the assets, it was required to file a petition on the docket within 30 days of receiving the notice. The United States sent direct notice to these identified potential claimants, including the Healer Claimants, on or about February 19, 2025. These notices were delivered on or about February 21, 2025, as confirmed by U.S. Certified Mail tracking and telephone conversations with the identified potential claimants.

On March 3, 2025, the Healer Claimants submitted a claim via email to the United States in which they assert an ownership interest in the Subject Property. The United States recognizes the valid claim of the Healer Claimants.

No competing claims to the Subject Property have been filed, and the period for doing so has expired – on August 2, 2023 for the published notice, and on March 23, 2025 for the last direct notice.

## II.   STIPULATION

The United States and the Healer Claimants HEREBY STIPULATE to the following facts:

1.   In support of their Claim, the Healer Claimants assert that they are the sole owners of the Subject Property, which they lawfully acquired in or about 2017, and provided detailed information about their acquisition of the Subject Property. They also promise that they will never allow Defendant Douglas Bryan Healer to have access to the Subject Property.

2.   The Healer Claimants affirm the information in Paragraph 1 is true.

//
//
//

Stipulation and Order Settling Third-Party Claims - 3
*United States v. Healer,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Based on the information reflected in Paragraph 1 and the Healer Claimants' Affirmation in Paragraph 2, the United States agrees that the Healer Claimants have a vested interest in the Subject Property, pursuant to 21 U.S.C. § 853(n)(6)(A).

4. The United States recognizes the Healer Claimants' vested interest in the Subject Property and agrees it will return the Subject Property to the Healer Claimants following completion of the criminal proceedings in the case, to include any criminal appeal.

5. The Healer Claimants understand that the Subject Property constitutes evidence in this case and cannot be returned prior to completion of these criminal proceedings, to include any criminal appeal.

6. The Healer Claimants understand and agree that the Subject Property will be returned to them in its current condition, as it was seized from Defendant Douglas Bryan Healer in this case.

7. The Healer Claimants understand and agree that this Stipulation fully and finally resolves their claim to the Subject Property. They waive any right to further litigate or pursue this claim, in this or any other proceeding, judicial or administrative.

8. Upon return of the Subject Property, the Healer Claimants agree to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and or employees, from any and all claims the Healer Claimants may possess, or that could arise, based on the seizure, detention, and return of the Subject Property.

9. The United States and the Healer Claimants agree that they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of the Subject Property, as well as with the Healer Claimants' claim and this Stipulation.

//

//

Stipulation and Order Settling Third-Party Claims - 4
*United States v. Healer,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    10.    The United States and the Healer Claimants agree that the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

                                      Respectfully submitted,

                                      TEAL LUTHY MILLER
                                      Acting United States Attorney

DATED: April 15, 2025         *s/Krista K. Bush*
                                      KRISTA K. BUSH
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      700 Stewart St., Suite 5220
                                      Seattle, WA 98101
                                      (206) 553-2242
                                      Fax: 206-553-6934
                                      Krista.Bush@usdoj.gov

DATED: April 7, 2025           *s/Barb Allen "Bud" Healer*
                                        BARB ALLEN "BUD" HEALER
                                      Third-Party Claimant

DATED: April 7, 2025           *s/Maureen Healer*
                                        MAUREEN HEALER
                                      Third-Party Claimant

DATED: April 14, 2025         *s/Carl P. Colbert*
                                      CARL P. COLBERT
                                      Law Offices of Carl Colbert, Ltd., PC
                                      40 Lake Bellevue Drive, Suite 100
                                      Bellevue, WA 98005
                                      (253) 608-8989
                                      Fax: (253) 608-8919
                                      ccolbert@colbertlaw.com

Stipulation and Order Settling Third-Party Claims - 5
*United States v. Healer,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court, having reviewed the Stipulation between the United States and Third-Party Claimants Barb Allen "Bud" and Maureen Healer, which settles the interest the Third-Party Claimants have asserted in the following property, which has already been forfeited by Defendant Douglas Bryan Healer in this case: |

1. One Windham Weaponry WW-15 .223/5.56 caliber rifle, bearing serial number WW147132, and all associated accessories and ammunition; and
2. One Masterpiece Arms 9mm handgun with fake suppressor, bearing serial number F11388, and all associated accessories and ammunition.

The Court HEREBY APPROVES the Stipulation and its terms.

IT IS SO ORDERED.

DATED this  15th  day of       April          , 2025.

*[signature]*

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Stipulation and Order Settling Third-Party Claims - 6
*United States v. Healer,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Stipulation and Order Settling Third-Party Claims - 7
*United States v. Healer,* CR21-174-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970